# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

BEMONT INVESTMENTS, LLC, §
by and through its Tax Matters Partner, et al., §
§
    Plaintiffs, §
§
v. § CASE NO. 4:07cv9
§ (consolidated with 4:07cv10)
§
UNITED STATES OF AMERICA, §
§
    Defendant. §

## MEMORANDUM OPINION AND ORDER REGARDING
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff has filed a Motion for Partial Summary Judgment regarding the interpretation of 26 U.S.C. § 6229 (Dkt. 136). Plaintiff seeks a summary judgment order that the Notice of Final Partnership Administrative Adjustment dated October 13, 2006 and issued to BM Investments LC for the tax year ending December 19, 2001 is barred by the statute of limitations. Plaintiff argues that 26 U.S.C. § 6229 provides an independent and exclusive three-year statute of limitation for partnership items. The Court finds that the motion should be DENIED. The Court is bound by the Fifth Circuit's recent decision in Curr-Spec Partners, L.P. v. Commissioner of Internal Revenue, 579 F. 3d 391, 393 (5th Cir. 2009) holding that IRC § 6229(a) does not establish an independent statute of limitations for issuing FPAAs.

    **SO ORDERED.**

    **SIGNED this 5th day of March, 2010.**

                                                          _____
                                                          DON D. BUSH
                                                          UNITED STATES MAGISTRATE JUDGE